## Case No. 16,191.

### UNITED STATES v. ROLLINSON.

[2 Cranch, C. C. 13.] 1

Circuit Court, District of Columbia. Nov. Term, 1810.

CRIMINAL LAW—EVIDENCE—BAWDY-HOUSE.

On a prosecution for keeping a bawdy-house, the United States cannot give evidence of the general reputation of the house.

Indictment [against Polly Rollinson] for keeping a bawdy-house.

1 [Reported by Hon. William Cranch, Chief Judge.]

Mr. Jones, for the United States, asked the witness whether the house was generally reputed to be a house of ill-fame.

E. J. Lee objected.

THE COURT (THRUSTON, Circuit Judge, absent) decided that the question was improper.